**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

NICHOLAS OUDEKERK,

                Plaintiff,

                -v-                                            1:26-CV-1200 (AJB/DJS)

STATE POLICE OFFICER DOE,

                Defendant.

_____

**APPEARANCES:**                        **OF COUNSEL:**

NICHOLAS OUDEKERK
Plaintiff, Pro Se
15509
Warren County Correctional Facility
1400 State Route 9
Lake George, NY 12845

**Hon. Anthony Brindisi, U.S. District Judge:**

**ORDER ON REPORT & RECOMMENDATION**

On June 9, 2026, *pro se* plaintiff Nicholas Oudekerk ("plaintiff"), an individual in the custody of Warren County, filed this 42 U.S.C. § 1983 action alleging that unidentified State Police Officers violated his constitutional rights. Dkt. No. 1. Along with his complaint, plaintiff also moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. Nos. 4, 5.

On July 1, 2026, U.S. Magistrate Judge Daniel J. Stewart granted plaintiff's IFP Application, Dkt. No. 9, and, after an initial review of the pleading, advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed without prejudice. Dkt. No. 10. As Judge Stewart explained, courts will generally permit some discovery in aid of identifying a John Doe defendant but plaintiff's complaint—as currently pleaded—did not provide sufficient information to enable

- 1 -

the State Police to identify any defendant. *Id*. Accordingly, Judge Stewart advised that he was recommending that plaintiff be permitted to file an amended complaint that asserts facts "that provide more specific identifying information." *Id*.

Plaintiff has not lodged objections. Instead, plaintiff has skipped a procedural step between the R&R permitting amendment and the Order adopting it: plaintiff has just gone ahead and filed an amended complaint. Dkt. No. 11. Upon review for clear error, the R&R is accepted and will be adopted. *See* FED. R. CIV. P. 72(b). Plaintiff's amended complaint will be referred to Judge Stewart for further review.

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 10) is ACCEPTED;

2. Plaintiff's complaint (Dkt. No. 1) is DISMISSED with leave to amend; and

3. Plaintiff's amended complaint (Dkt. No. 11) is REFERRED to Judge Stewart for further review.

The Clerk of the Court is directed to terminate the pending motion and refer the pleading to Judge Stewart's chambers.

**IT IS SO ORDERED.**

Dated:  July 27, 2026
            Utica, New York.

Anthony J. Brindisi
U.S. District Judge